**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AUSTIN MONTGOMERY,

Plaintiff,

v.

GARFIELD BEACH CVS, L.L.C., *a business entity form unknown Erroneously Sued as* CVS PHARMACY INC., *et al.*,

Defendants.

Case No. 2:26-cv-09591-MWC-AS

**ORDER DISCHARGING ORDER TO SHOW CAUSE RE: SUBJECT-MATTER JURISDICTION (DKT. [11]), GRANTING STIPULATION TO AMOUNT IN CONTROVERSY AND REMAND CASE TO STATE COURT (DKT. [13]); AND REMANDING THIS CASE TO LOS ANGELES SUPERIOR COURT (Case No. 26LBCV01555)**

**[JS-6]**

On August 27, 2026, Defendant Garfield Beach CVS L.L.C., erroneously sued as CVS Pharmacy, Inc. ("Defendant") removed this action from the Superior Court of California, Los Angeles County to this Court. *See* Dkt. # 1. On September 9, 2026, the Court issued an Order to Show Cause Re: Subject-Matter Jurisdiction and Remand ("OSC"), ordering Defendant to show cause in writing as to why the case should not be remanded for failing to adequately demonstrate Plaintiff's citizenship and failing to satisfy the amount-in-controversy requirement. *See* Dkt. # 11. On September 16, 2026, Defendant responded to the OSC. Dkt. # 12.

Now before the Court is the parties' Stipulation to Amount in Controversy Less than $75,000 and Remand Case to State Court for Lack of Subject-Matter Jurisdiction ("Stipulation"). Dkt. # 13. The parties represent that during their Joint Rule 26(f) Conference, "Plaintiff's counsel advised that based on current information, the amount in controversy was less than $75,000." *Id.* at 2. As such, the parties stipulate the amount in controversy is less than $75,000 and that the case should be remanded. *Id.*

Upon review of the parties' Stipulation to Remand (Dkt. # 13), the Stipulation is **GRANTED**. The Stipulation is signed by counsel for each party who has appeared in the action and is affected by the stipulation. *See* C.D. Cal. L.R. 7-1. Accordingly, the Court **DISCHARGES** the Order to Show Cause (Dkt. # 11) and **REMANDS** this action to the Superior Court of the State of California for the County of Los Angeles (Case No. 26LBCV01555). Each party shall bear their own costs and fees on remand. All deadlines are **TERMINATED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case **(JS-6)**.

**IT IS SO ORDERED.**

DATED: November 6, 2026

Hon. Michelle Williams Court
United States District Judge